1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yukino Angela Boice, | No. CV-19-04484-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Fortees Salon & Spa LLC, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation for Dismissal With Prejudice (Doc. 91), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 91). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 17th day of November, 2021.

Honorable John J. Tuchi
United States District Judge